## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:  MONITRONICS
INTERNATIONAL, INC.,
TELEPHONE CONSUMER          CASE NO. 1:13MD2493--JPB
PROTECTION ACT LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO:         *ALL CASES*

## MOTION TO WITHDRAW AS COUNSEL
### FOR ALLIANCE SECURITY, INC. and JASIT GOTRA

Spilman Thomas & Battle, PLLC moves this Court for an Order permitting it and John R. Teare, Jr., Niall A. Paul and Christina S. Terek (collectively "Spilman Thomas & Battle") to withdraw from the representation of Alliance Security, Inc., and Jasit Gotra, (collectively "Alliance") in these civil actions.

As cause for this motion, Spilman Thomas & Battle, by the undersigned, provided Alliance with its Notice of Intent to Withdraw on October 23, 2018 and has informed Alliance that, if permitted to withdraw by the Court, Alliance will have the burden of keeping the Court informed where notice, pleadings, or other papers may be served;  Alliance will have the obligation of hiring other counsel to serve as its counsel should these matters continue if/when the automatic stay in Bankruptcy is lifted;  that the dates of any proceedings, including trial, and the holding of any such proceedings will not be affected by the withdrawal of counsel; and Alliance has a right to object to counsel's intent to withdraw.  See Exhibit A.

Alliance has failed to meet its financial obligations to the firm and, due Spilman Thomas & Battle's status as an unsecured creditor in the ongoing Alliance Bankruptcy litigation

Spilman Thomas & Battle has an ongoing financial conflict of interest with continued representation.

      WHEREFORE, the foregoing reasons, Niall A. Paul, John R. Teare, Jr. and Christina S. Terek and Spilman Thomas & Battle, PLLC, counsel for Alliance and its related entitles in this civil action, respectfully move this Court for an Order granting the Motion to Withdraw as Counsel from the date following this Order.

**BY SPILMAN THOMAS & BATTLE, PLLC**

/s/ John R. Teare, Jr.
Niall A. Paul (WV Bar No. 5622)
John R. Teare, Jr. (WV Bar No. 5547)
300 Kanawha Boulevard, East (Zip 25301)
P.O. Box 273
Charleston, WV  25321-0273
304-340-3800
npaul@spilmanlaw.com
jteare@spilmanlaw.com


Christina S. Terek (WV Bar No. 9724)
Century Centre Building
1233 Main Street, Suite 4000
Wheeling, WV 26003
304-230-6962
cterek@spilmanlaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:  MONITRONICS
INTERNATIONAL, INC.,
TELEPHONE CONSUMER                              CASE NO. 1:13MD-2493--JPB
PROTECTION ACT LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO:                    *ALL CASES*


## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018, I electronically filed the foregoing *Motion to Withdraw as Counsel for Alliance Security, Inc. and Jasit Gotra* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all current subscribers of the CM/ECF system, including:

JONATHAN R. MARSHALL
BAILEY & GLASSER, LLP - CHARLESTON
209 CAPITOL ST.
CHARLESTON, WV 25301
(304) 340-2287
FAX: (304) 342-1110
EMAIL: JMARSHALL@BAILEYGLASSER.COM
**Plaintiffs' Liaison Counsel**

JEFFREY A. HOLMSTRAND
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15TH STREET
WHEELING, WV  26003
EMAIL: JHOLMSTRAND@GHDLAWFIRM.COM
**Defendants' Liaison Counsel AND**
**Counsel for Monitronics International, Inc.**

And upon the following by U.S. Mail:

ALLIANCE SECURITY, INC.
33 BROAD ST,
PROVIDENCE, RI 02903

JASIT GOTRA
33 BROAD ST,
PROVIDENCE, RI 02903

BRYAN ANTHONY REO
7143 RIPPLING BROOK LANE
MENTOR, OH 44060
**Plaintiff, Pro Se**

CRAIG CUNNINGHAM
5543 EDMONDSON PIKE
SUITE 248
NASHVILLE, TN 37211
**Plaintiff, Pro Se**

MICHAEL C. WORSHAM
1916 COSNER ROAD
FOREST HILLS, MD  21050
**Plaintiff, Pro Se**

/s/ John R. Teare, Jr.
John R. Teare, Jr. (WV Bar No. 5547)